# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | Angela Foster | **Defendant(s):** | Pinnacle Health Facilities XXI, L.P. d/b/a Mara Villa Care Center |
|---|---|---|---|

County of Residence: Maricopa

County of Residence: Collins

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Angela Foster**
**17200 West Molly Lane**
**Surprise, Arizona  85387**
**480-466-8534**

Defendant's Atty(s):

**Pavneet Singh Uppal**
**Fisher & Phillips LLP**
**3200 North Central Avenue, Suite 1550**
**Phoenix, Arizona  85012-2487**
**602-281-3400**

**Kris Leonhardt**
**Fisher & Phillips LLP**
**3200 North Central Avenue, Suite 1550**
**Phoenix, Arizona  85012-2487**
**602-281-3400**

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2021-050827**

II. Basis of Jurisdiction:    **4. Diversity (complete item III)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**
Defendant:- **2 Citizen of Another State**

IV. Origin :    **2. Removed From State Court**

V. Nature of Suit: **442 Employment**

VI. Cause of Action: **28 U.S.C. §§ 1332 and 1441(b)**

VII. Requested in Complaint

Class Action: **No**
Dollar Demand: **$75,000+**
Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:** Pavneet Singh Uppal

Date: 05/13/2021

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014